HENRY W. MCMASTER et al., as Receivers of the WABASH·· PITTSBURGH TERMINAL RAILWAY COMPANY, Appellants, *v.* GEORGE J. GOULD, Respondent, Impleaded with Others.

(Submitted May 4, 1925; decided May 12, 1925.)

Motion for re-argument granted.   (See 239 N. Y. 606.)

---

DAVID SIMONS, Appellant, *v.* GEORGE L. BERRY, as President of the International Printing Pressmen's and Assistants' Union of North America, Respondent.

*Appeal — motion to dismiss denied and motion for permission to perfect appeal by filing undertaking granted.*

Reported below, 211 App. Div. 704.

(Submitted May 4, 1925; decided May 12, 1925.)

MOTION to dismiss an appeal from a judgment entered February 9, 1925, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of Special Term denying a motion for a dismissal of the complaint and granted said motion.

Also motion for leave to perfect appeal by filing undertaking *nunc pro tunc.*

*Leo J. Rosett* for motion.
*A. Spencer Feld* opposed.

Motion to dismiss appeal denied and motion for leave to perfect appeal by filing undertaking *nunc pro tunc* granted on condition that appellant within ten days files bond and pays respondent ten dollars costs of motions. Otherwise motion to dismiss appeal granted and appeal dismissed, with costs and ten dollars costs of motion.